## Hance, Appellant, v. Easton Hospital et al.

Argued April 20, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Calvin F. Smith,* with him *Francis Johns Gafford* and *Hugh P. McFadden,* for appellant.

*T. McKeen Chidsey* and *Charles P. Maxwell,* of *Chidsey, Maxwell & Fackenthal,* for appellees, were not heard.

PER CURIAM, April 23, 1942:

Affirmed at bar. We are informed that the case has been fixed for final hearing in the court below within two weeks. See *Watson's Est.,* 139 Pa. 461, 22 A. 638;

*Seidle v. Holmes,* 185 Pa. 549, 40 A. 567; *Pennsylvania R. R. Co. v. Driscoll,* 330 Pa. 97, 198 A. 130; *Phila. Record Co. v. Curtis-Martin Newspapers, Inc.,* 305 Pa. 372, 157 A. 796. Costs to await final determination.